UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM TIDMARSH,<br><br>  Plaintiff,<br><br>v.<br><br>NYE COUNTY SHERIFF'S DEPARTMENT, a political subdivision of Nye County, State of Nevada; NYE COUNTY, a Political Subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually; ANTHONY DE MEO, individually and in his capacity as Sheriff of Nye County; RICK MARSHALL, individually and in his capacity as Assistant Sheriff Nye County; MARK MEDINA, Sergeant, individually; BRIAN JONAS, Deputy, individually; POLICE OFFICER DOES 1-100; JOHN DOES 1 through 100, inclusive; and ROE CORPORATIONS, 1 through 100;<br><br>  Defendants. | Case No. 2:15-cv-01970-APG-NJK<br><br>**ORDER GRANTING NYE COUNTY SHERIFF'S DEPARTMENT'S MOTION TO DISMISS**<br><br>(Dkt. #9) |

Defendant Nye County Sheriff's Department ("NCSO") filed a motion to dismiss the claims against it because it is not a legal entity under Nevada law. (Dkt. #9.) Plaintiff William Tidmarsh does not oppose the motion. (Dkt. #19.)

IT IS THEREFORE ORDERED that defendant Nye County Sheriff's Department's motion to dismiss **(Dkt. #9) is GRANTED**.

DATED this 2nd day of February, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE