# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TIDMARSH, | ) |
|                Plaintiff(s), | ) |
| vs. | ) |
| | ) |
| NYE COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| | ) |
|                Defendant(s). | ) |

Case No. 2:15-cv-01970-APG-NJK

ORDER

(Docket No. 23)

Pending before the Court is a proposed discovery plan. Docket No. 23. The parties seek special scheduling review for a discovery period beyond the presumptively reasonable period of 180 days calculated from the date of the first appearance by a defendant. *See id.* at 4. The reasons proffered are insufficient for an extended discovery period, and the discovery plan is hereby **DENIED**. No later than February 25, 2016, the parties shall submit an amended discovery plan using the presumptively reasonable 180-day period calculated from the date of the first defendant's appearance.

IT IS SO ORDERED.

DATED: February 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge