1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILLIAM TIDMARSH,                      )
               Plaintiff(s),        )          Case No. 2:15-cv-01970-APG-NJK
                           )
vs.                                    )          ORDER
                           )
NYE COUNTY SHERIFF'S DEPARTMENT, et al,)
              Defendant(s).       )
_____)

      Pending before the Court is a stipulation to extend various deadlines. Docket No. 28.  The Court hereby SETS a hearing on that stipulation for 3:30 p.m. on May 11, 2016, in Courtroom 3A.

      IT IS SO ORDERED.

      DATED: May 6, 2016

                               _____
                               NANCY J. KOPPE
                               United States Magistrate Judge