**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM TIDMARSH, ) | Case No. 2:15-cv-01970-APG-NJK |
|        Plaintiff(s), ) | |
| vs. ) | ORDER |
| NYE COUNTY SHERIFF'S DEPARTMENT, et al,) | |
|        Defendant(s). ) | |

     Pending before the Court is a stipulation to continue the hearing set for today, May 11, 2016.
Docket No. 32.  The stipulation is hereby **GRANTED**, and the hearing is continued to 2:00 p.m. on May
13, 2016, in Courtroom 3A.

     IT IS SO ORDERED.

     DATED: May 11, 2016

                              _____
                              NANCY J. KOPPE
                              United States Magistrate Judge