UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TIDMARSH, <br><br> Plaintiff(s), <br><br> vs. <br><br> NYE COUNTY SHERIFF'S DEPARTMENT, et al, <br><br> Defendant(s). | Case No. 2:15-cv-01970-APG-NJK <br><br> ORDER <br><br> (Docket Nos. 38-39) |

Pending before the Court is the filing by Plaintiff of subpoenas returned executed. Docket Nos. 38-39. Discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). Because the above documents were filed in violation of the rules, they shall be **STRICKEN** by the Clerk.

The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket. Failure to abide by this order and the applicable rules may result in sanctions.

IT IS SO ORDERED.

DATED: July 18, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge