1  **Marquis Aurbach Coffing**
   Brian R. Hardy, Esq.
2  Nevada Bar No. 10068
   Kathleen A. Wilde, Esq.
3  Nevada Bar No. 12522
   10001 Park Run Drive
4  Las Vegas, Nevada 89145
   Telephone: (702) 382-0711
5  Facsimile: (702) 382-5816
   bhardy@maclaw.com
6  kwilde@maclaw.com
     Attorneys for Defendants
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10 WILLIAM TIDMARSH,

11              Plaintiff,            Case No.:      2:15-cv-01970-APG-NJK

12     vs.                           Hearing Date: N/A

13 NYE COUNTY SHERIFF'S DEPARTMENT, a   Hearing Time: N/A
   political subdivision of Nye County, State of
14 Nevada, NYE COUNTY, a Political Subdivision
   of the State of Nevada, DAVID
15 BORUCHOWITZ, individually, ANTHONY
   DEMEO, individually and in his capacity as
16 Sheriff of Nye County, RICK MARSHALL,
   individually and in his capacity as Assistant
17 Sheriff Nye County, MARK MEDINA, Sergeant,
   individually, BRIAN JONAS, Deputy,
18 individually, POLICE OFFICER DOES 1-100,
   JOHN DOES 1 through 100,inclusive; and ROE
19 CORPORATIONS, 1 through 100,

20              Defendants.

21

22            **MOTION TO SUBSTITUTE ATTORNEYS**

23        PLEASE TAKE NOTICE that Kathleen A. Wilde, Esq. of the law firm of Marquis

24 Aurbach Coffing is appearing as Counsel of Record and substituting and stead of Bryan M.

25 Viellion, Esq. for Defendants NYE COUNTY, ANTHONY DEMEO, RICK MARSHALL,

26 MARK MEDINA and BRIAN JONAS (collectively "Nye Defendants") alongside lead attorney,

27 Brian R. Hardy of the same firm.  Mr. Viellion is no longer employed by Marquis Aurbach

28 Coffing.

                        Page 1 of 2

                                         MAC:11779-094 2955270_1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

As a result, Marquis Aurbach Coffing requests that the e-mail addresses of bviellion@maclaw.com and bfrauenfeld@maclaw.com be removed from the electronic mailing list in this case and be replaced with the e-mail addresses of kwilde@maclaw.com and kdean@maclaw.com.

Dated this 2nd day of December, 2016.

MARQUIS AURBACH COFFING

By ___/s/ Brian R. Hardy_____
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
kwilde@maclaw.com
*Attorneys for Defendants*

IT IS SO ORDERED.
Dated:  December 5, 2016

_____
United States Magistrate Judge

Page 2 of 2

MAC:11779-094 2955270_1