CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada  89102
Ph:  (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com

C. CONRAD CLAUS, ESQ.
THE LAW OFFICES OF C. CONRAD CLAUS
Nevada Bar No. 6601
816 E. Ogden
Las Vegas, NV 89101
Ph:  (702) 384-4927
Fax: (702) 385-4927
conrad@lawiswar.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TIDMARSH,<br><br>       Plaintiff,<br><br>           vs.<br><br>NYE COUNTY SHERIFF'S DEPARTMENT, a political subdivision of Nye County, State of Nevada, NYE COUNTY, a Political Subdivision of the State of Nevada, DAVID BORUCHOWITZ, individually, ANTHONY DE MEO, individually and in his capacity as Sheriff of Nye County, RICK MARSHALL, individually and in his capacity as Assistant Sheriff Nye County, RICK MEDINA, Assistant Deputy, individually, BRIAN JONAS, Deputy, individually, POLICE OFFICER DOES 1-100, JOHN DOES 1 through 100,inclusive; and ROE CORPORATIONS, 1 through 100,<br><br>       Defendants. | CASE NO.:  2:15-cv-01970-APG-NJK<br><br><br>**<u>STIPULATION AND ORDER TO EXTEND PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND EXTEND DEFENDANTS' REPLIES TO PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT</u>**<br>**(First Request)** |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that Plaintiff's Replies to Defendants' Oppositions to Plaintiff's Motion for Summary Judgement [ECF 70] and [ECF 71], filed November 28, 2016, and Defendants' Replies to Plaintiff's Oppositions to Defendants' Motions for Summary Judgment [ECF 73] filed November filed November 28, 2016, currently due December 12, 2016,

1    be extended an additional eight (8) days up to and including Tuesday, December 20, 2016.

2         Although Plaintiff's counsel has been actively working on replying to Defendants'

3    Oppositions to Plaintiff's Motion for Summary Judgment, Plaintiff's counsel has been unable to

4    complete the Replies.  Plaintiff's counsel has been preparing for a Jury Trial set to commence on

5    January 3, 2017 in *Donna Swigers, et al. v. Mandalay Corp, et al.*, case number A-14-701182-C,

6    (4) four, 9th Circuit Briefs due before January 1, 2017, and numerous substantive motions and

7    responses; as well as other general appearances and deadlines.

8         This request for extension is made in good faith and not for the purposes of delay.

9         WHEREFORE, the parties respectfully request that the Replies be extended an additional

10   eight (8) days up to and including Tuesday, December 20, 2016.

11         APPROVED AS TO FORM AND CONTENT.

12   DATED this 13th day of December, 2016.          DATED this 13th day of December, 2016.

13   POTTER LAW OFFICES                              MARQUIS AURBACH COFFING

14   By___/s/ Cal J. Potter, III, Esq._____       By__/s/ Brian R. Hardy, Esq._____
     CAL J. POTTER, III, ESQ.                        CRAIG R. ANDERSON, ESQ.
15   Nevada Bar No. 1988                             Nevada Bar No. 6882
     C. J. POTTER, IV, ESQ.                          BRIAN R. HARDY, ESQ.
16   Nevada Bar No. 13225                            Nevada Bar No. 6882
     1125 Shadow Lane                                8345 West Sunset Road, Suite 250
17   Las Vegas, Nevada 89102                         Las Vegas, Nevada 89113
     *Attorneys for Plaintiff*                       *Attorneys for Nye County, Anthony*
18                                                   *De Meo, Rick Marshal, Mark Medina, and*
                                                     *Brian Jonas*
19

20   DATED this 13th day of December, 2016.

21   THORNDAL ARMSTRON DELK
     BALKENBUSH & EISINGER

22   By /s/ Philip Goodhart, Esq._____
     PHILIP GOODHART, ESQ.
23   Nevad Bar No. 5332
     1100 East Bridger Avenue
24   Las Vegas, Nevada 89101
     *Attorney for Defendant, David Boruchowitz*
25
                                        **ORDER**
26
          IT IS SO ORDERED.
27
          Dated: December 13, 2016.          _____
28                                           UNITED STATES DISTRICT COURT JUDGE