CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com

C. CONRAD CLAUS, ESQ.
THE LAW OFFICES OF C. CONRAD CLAUS
Nevada Bar No. 6601
816 E. Ogden
Las Vegas, NV 89101
Ph: (702) 384-4927
Fax: (702) 385-4927
conrad@lawiswar.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TIDMARSH,<br><br>    Plaintiff,<br><br>    vs.<br><br>NYE COUNTY SHERIFF'S DEPARTMENT, a political subdivision of Nye County, State of Nevada, NYE COUNTY, a Political Subdivision of the State of Nevada, DAVID BORUCHOWITZ, individually, ANTHONY DE MEO, individually and in his capacity as Sheriff of Nye County, RICK MARSHALL, individually and in his capacity as Assistant Sheriff Nye County, RICK MEDINA, Assistant Deputy, individually, BRIAN JONAS, Deputy, individually, POLICE OFFICER DOES 1-100, JOHN DOES 1 through 100, inclusive; and ROE CORPORATIONS, 1 through 100,<br><br>    Defendants. | CASE NO.: 2:15-cv-01970-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE TO DEFENDANT NYE COUNTY, ANTHONY DEMEO, RICK MARSHALL, MARK MEDINA AND BRIAN JONAS' BILL OF COSTS [ECF 100]** |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiff's Response to Defendant Nye County, Nye County, Anthony DeMeo, Rick Marshall, Mark Medina and Brian Jonas' Bill of Costs [ECF 100] filed on July 3, 2017, currently due July 17, 2017, be extended an additional

1

1  three (3) days up to and including Thursday, July 20, 2017.

2  The reason for this request is that Plaintiff's counsel has numerous conflicting deadlines, specifically, counsel for Plaintiff have been preparing for multiple depositions in *Donatell v. City of Las Vegas*, et al., 2:15-cv-03224-RFB-NJK, preparing for a settlement conference in *Landeros, et al. v. LVMPD*, 2:14-cv-01525-JCM-CWH, set for July 13, 2017, and preparing for a mediation hearing in *Goforth v. NV Energy*, A-14-695310-C, set for July 21, 2017.  Plaintiffs' counsel is also preparing for trial in *Swigers v. Mandalay Bay Corp., et al.* A-14-701182-C, set to commence on July 31, 2017, as well as numerous substantive motions and responses and other general appearances and deadlines.  In addition to the conflicting deadlines, counsel for the Plaintiff has two eye surgeries scheduled in the next two weeks.

This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Response be extended an additional three (3) days up to and including Thursday, July 20, 2017.

APPROVED AS TO FORM AND CONTENT.

DATED this 17th day of July, 2017.                DATED this 17th day of July, 2017.

POTTER LAW OFFICES                                MARQUIS AURBACH COFFING

By  /s/ Cal J. Potter, III, Esq.                  By  /s/ Kathleen A. Wilde, Esq.
CAL J. POTTER, III, ESQ.                          CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 1988                               Nevada Bar No. 6882
C. J. POTTER, IV, ESQ.                            KATHLEEN A. WILDE, ESQ.
Nevada Bar No. 13225                              Nevada Bar No. 12522
1125 Shadow Lane                                  10001 Park Run Drive
Las Vegas, Nevada 89102                           Las Vegas, NV 89145
*Attorney for Plaintiff*                          *Attorneys for Nye County, Anthony DeMeo, Rick Marshall, Mark Medina and Brian Jonas*

**ORDER**

IT IS SO ORDERED.

7/17/2017
_____                                _____
DATED                                             UNITED STATES DISTRICT JUDGE