AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

William Tidmarsh,

                Plaintiff,

V.

Nye County Sheriff's Department, et al.,

                Defendants,

**JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES**

Case Number: 2:15-cv-01970-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Nye County, Anthony DeMeo, Rick Marshall, Mark Medina, and Brian Jonas and against plaintiff William Tidmarsh in the amount of $1,300.00 for attorney's fees and costs.

2/22/2018
Date

/s/ Debra K. Kempi
Clerk

/s/ M. Reyes
(By) Deputy Clerk